UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

...................................................................................x
  Marina Iskhakova, on behalf of herself
  and all others similarly situated

                                                    Civil Action No:
                                                    1:22-cv-2468

                                Plaintiff,


   -v.-
CALERES, INC.,



                                Defendants.
...................................................................................x

## NOTICE OF SETTLEMENT

      Please take notice that parties have settled the above-referenced case. This settlement is

contingent upon the execution of a written settlement agreement. The case will be dismissed by

Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this

notice. Please vacate all currently scheduled dates in this matter.


DATED, this 26th day of October, 2022

                                       _/s/Mark Rozenberg_
                                       Mark Rozenberg, Esq.
                                       **Stein Saks, PLLC**
                                       One University Plaza
                                       Hackensack, NJ 07601
                                       Ph: 201-282-6500
                                       mrozenberg@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 26, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark Rozenberg*
Mark Rozenberg, Esq.