UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

.....................................................................................x

Marina Iskhakova, on behalf of herself
and all others similarly situated

                                      Civil Action No:
                                      1:22-cv-2468

                           Plaintiff,

  -v.-

CALERES, INC.,

                           Defendants.

.....................................................................................x

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

       IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the

Defendant that whereas no party hereto is an infant, incompetent person for whom a

committee has been appointed or conservatee, and no person not a party has an interest in the

subject matter of the action, that the above entitled action specifically with regard to

Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or

disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above

entitled action pursuant hereto.

Dated: March 31, 2023                      Respectfully Submitted,

                                    */s/Mark Rozenberg*
                                    Mark Rozenberg, Esq.
                                    **Stein Saks, PLLC**
                                    One University Plaza
                                    Hackensack, NJ 07601
                                    mrozenberg@steinsakslegal.com
                                    Tel. 201-282-6500
                                    Fax 201-282-6501
                                    *Attorneys for Plaintiff*

**<u>Certificate of Service</u>**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 31st  day of March, 2023                    Respectfully Submitted,

*/s/ Mark Rozenberg*
Mark Rozenberg